## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| CAMDEN COUNTY, a political subdivision of the State of Georgia, by and through the Camden County Board of Commissioners,<br><br>    Plaintiff,<br><br>v.<br><br>UNION CARBIDE CORPORATION,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>2:22-CV-00077-LGW-BWC |

## NOTICE OF FILING

Plaintiff Camden County, a political subdivision of the State of Georgia, by and through the Camden County Board of Commissioners ("Camden County" or "Plaintiff"), hereby files this Notice of Filing of the following:

1. An unredacted copy of Plaintiff's Complaint, as originally filed in the Camden County Superior Court;

2. An unredacted copy of Exhibit A to Plaintiff's Complaint;

3. An unredacted copy of Exhibit B to Plaintiff's Complaint;

4. An unredacted copy of Exhibit C to Plaintiff's Complaint;

5. An unredacted copy of Exhibit D to Plaintiff's Complaint;

6. An unredacted copy of Exhibit E to Plaintiff's Complaint;

7. An unredacted copy of Exhibit F to Plaintiff's Complaint;

8. An unredacted copy of Exhibit G to Plaintiff's Complaint;

9. An unredacted copy of Exhibit H to Plaintiff's Complaint; and

10. An unredacted copy of Exhibit I to Plaintiff's Complaint.[1]

This Notice of Filing is made pursuant to the Court's order dismissing as moot Plaintiff's Motion to Seal (Doc. 52) and in accordance with LR 79.7(c).

Respectfully submitted this 6th day of February 2023.

/s/ Richard L. Robbins
Richard L. Robbins
Georgia Bar No. 608030
rrobbins@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Jeremy U. Littlefield
Georgia Bar No. 141539
jlittlefield@robbinsfirm.com
(Admitted Pro Hac Vice)
Robbins Alloy Belinfante Littlefield LLC
500 14th St NW
Atlanta, Georgia 30318
Telephone: (678) 701-9381

John S. Myers
Georgia Bar No. 533150
John S. Myers, P.C.

---

[1] Unredacted copies of Exhibits F and G to Plaintiff's Complaint already appear at Doc. 1-1.  In the interests of clarity and convenience, they are being refiled here.

P.O. Box 99
200 East Fourth Street
Woodbine, Georgia 31569
Phone (912) 510-8400
countyattorney@co.camden.ga.us

*Attorneys for Camden County*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have served the foregoing **NOTICE OF FILING** on all parties by electronically filing it with the Clerk of the Court using the Court's electronic filing system.

This 6th day of February 2023.

*/s/ Richard L. Robbins*
Richard L. Robbins