# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| CAMDEN COUNTY, a political subdivision of the State of Georgia, by and through the Camden County Board of Commissioners,<br><br>     Plaintiff,<br><br>v.<br><br>UNION CARBIDE CORPORATION,<br><br>     Defendant. | Civil Action No. 2:22-cv-00077-LGW-BWC |

### DEFENDANT UNION CARBIDE CORPORATION'S
### NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Union Carbide Corporation ("UCC") provides this Notice of Supplemental Authority in support of its September 27, 2022 Motion to Dismiss (Dkt. No. 18). On February 7, 2023, the Georgia Supreme Court issued its decision in *Camden County v. Sweatt*, holding that the Home Rule Paragraph of the Georgia Constitution (Ga. Const. Art. IX, § II, Para. I) authorized the Camden County voters' March 8, 2022, Referendum to repeal "the resolutions of the Board of Commissioners of Camden County, Georgia, authorizing the Option Agreement with Union Carbide Corporation and Camden County's right and option to purchase the property described therein." *Camden County v. Sweatt*, S22A0837, at p. 30 (attached hereto as **Exhibit A**).

LEGAL02/42578112v3

The Supreme Court's decision confirms that UCC was not in breach of the Option Agreement for not selling the Property to the County after March 8, 2022, as alleged in the Complaint. On that date, the Referendum "bec[a]me of full force and effect," Ga. Const. Art. IX, § II, Para. I(b)(2), and constituted an anticipatory repudiation of the Option Agreement under Georgia law, which absolved UCC of any obligation to sell the Property to the County. Therefore, UCC's Motion to Dismiss should be granted.

[signature on following page]

Respectfully submitted this 8th day of February, 2023.

/s/ *W. Clay Massey*
Georgia Bar No. 476133
Clay.massey@alston.com
*Admitted Pro Hac Vice*
Douglas S. Arnold
Georgia Bar No. 023208
Doug.arnold@alston.com
*Admitted Pro Hac Vice*
Shannon N. Vreeland
Georgia Bar No. 472552
Shannon.vreeland@alston.com
*Admitted Pro Hac Vice*
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Office:  (404) 881-7000
Fax:  (404) 881-7777

-and-

*James A. Bishop*
James A. Bishop
Georgia Bar No. 058600
jbishop@bishopfirm.com
THE BISHOP LAW FIRM
465 Sea Island Road
St. Simons Island, GA 31522
Telephone: (912) 264-2390
Facsimile: (912) 264-5859

*Counsel for Defendant Union Carbide Corporation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| CAMDEN COUNTY, a political subdivision of the State of Georgia, by and through the Camden County Board of Commissioners,<br><br>  Plaintiff,<br><br>v.<br><br>UNION CARBIDE CORPORATION,<br><br>  Defendant. | Civil Action No. 2:22-cv-00077-LGW-BWC |

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DEFENDANT UNION CARBIDE CORPORATION'S NOTICE OF SUPPLEMENTAL AUTHORITY via the Court's CM/ECF filing system, which will automatically send electronic notice to all attorneys of record.

This 8th day of February, 2023.

/s/ *Shannon Vreeland*
Shannon N. Vreeland

LEGAL02/42578112v3