# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| CAMDEN COUNTY,<br><br>    Plaintiff,<br><br>v.<br><br>UNION CARBIDE CORPORATION,<br><br>    Defendant. | 2:22-CV-77 |

### ORDER

Before the Court is Defendant Union Carbide Corporation's motion to dismiss Plaintiff's complaint. Dkt. No. 18. Since the motion's filing, however, the Georgia Supreme Court has issued an opinion which impacts the underlying issues in this case. See Camden Cnty. v. Sweatt, No. S22A0837, 2023 WL 1786415 (Ga. Feb. 7, 2023); Dkt. Nos. 54, 55. Plaintiff has notified the Court that, in light of the Georgia Supreme Court's decision, it concedes its claims for breach of contract (Counts I and II) and breach of implied covenant of good faith and fair dealing (Count III).[1] Dkt. No. 55 at 1-2. Thus, at this juncture, Plaintiff's remaining

---

[1] The Court makes no finding regarding the validity of the Option Agreement at issue in this case.

claims are for unjust enrichment (Count IV) and attorneys' fees (Count V).  Id.

Due to these recent developments, the Court **ORDERS** Plaintiff to file an amended complaint **within fourteen (14) days** of the date of this Order.  Plaintiff's failure to file an amended complaint could result in dismissal of its claims.  Accordingly, Defendant's motion to dismiss, dkt. no. 18, is **DENIED** at this time.

**SO ORDERED** this 3rd day of April, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA