IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CAMDEN COUNTY, a political subdivision of the State of Georgia, by and through the Camden County Board of Commissioners,<br><br>    Plaintiff,<br><br>v.<br><br>UNION CARBIDE CORPORATION,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO.: 2:22-CV-00077-LGW-BWC |

## SECOND JOINT MOTION TO STAY DISCOVERY

Plaintiff Camden County and Defendant Union Carbide Corporation (the "Parties") jointly move the Court to continue the stay of (i) discovery in this action and (ii) the submission of the Parties' updated Rule 26(f) Report pending a ruling on Defendant's motion to dismiss Plaintiff's First Amended Complaint or Defendant's filing of an answer, if no motion to dismiss Plaintiff's First Amended Complaint is filed. In support of this motion, the Parties state as follows:

1. On December 27, 2022, the Parties submitted a Joint Motion to Stay Discovery, requesting that this Court stay discovery and Rule 26(a)(1)

      initial disclosures until the Court's ruling on Defendant's then-pending Motion to Dismiss Plaintiff's original Complaint. (Doc. 38).

2. The Court granted the motion and stayed discovery. (Doc. 39). The order also required the Parties to "confer within 14 days of a ruling on the motion to dismiss and . . . file another Rule 26(f) report 7 days after their conference." (*Id.*).

3. Following the Georgia Supreme Court decision in *Camden Cnty. v. Sweatt*, No. S22A0837, 2023 WL 1786415 (Ga. Feb. 7, 2023), the Court ordered Plaintiff to file an Amended Complaint and, in parallel, denied Defendant's Motion to Dismiss without prejudice. (Doc. 57).

4. Plaintiff filed its First Amended Complaint on April 17, 2023. (Doc. 58).

5. Under the current order staying discovery, the stay of discovery lifted because of the Court's Order denying Defendant's Motion to Dismiss without prejudice, and the Parties are required to file an updated Rule 26(f) Report by April 24, 2023. (Doc. 39.)

6. Because Defendant's deadline for responding to the First Amended Complaint is not until May 1, and Defendant intends to move to dismiss it, the Parties request that the Court continue the discovery stay it

previously ordered and allow the Parties to submit their updated 26(f) Report after the Court has ruled on Defendant's motion to dismiss the First Amended Complaint or Defendant files its answer, if no motion to dismiss the First Amended Complaint is filed.

7. Such a stay would promote judicial economy by allowing the Parties to avoid unnecessary expense and time on discovery pending a ruling on Defendant's motion to dismiss the First Amended Complaint, if Defendant so moves. Further, it is routine for courts to grant motions to stay at this early stage, and they have broad discretion to do so. *See* (Doc. 39); *Williams v. City of Savannah, Georgia*, No. CV421-272, 2022 WL 18717415, at *1 (S.D. Ga. Jan. 28, 2022) (granting a stay of discovery pending a motion to dismiss and noting that courts have "'broad discretion' in determining whether to grant a stay of discovery.").

8. Accordingly, the Parties respectfully request that the Court grant this motion. Specifically, the Parties request that the Court enter an order continuing its stay of discovery until (i) the Court rules on Defendant's motion to dismiss the First Amended Complaint or Defendant files its answer, if no motion to dismiss the First Amended Complaint is filed,

and (ii) allowing the Parties to confer, exchange Rule 26(a)(1) disclosures, and submit their updated Rule 26(f) Report within 21 days of the Court's ruling on a motion to dismiss the First Amended Complaint or Defendant's filing of an answer, if no motion to dismiss is filed. A proposed order is attached hereto as **Exhibit A**.

Respectfully submitted this 24th day of April 2023.

/s/ *Jeremy U. Littlefield*
Richard L. Robbins
Georgia Bar No. 608030
rrobbins@robbinsfirm.com
Jeremy U. Littlefield*
Georgia Bar No. 141539
jlittlefield@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255

John S. Myers
Georgia Bar No. 533150
John S. Myers, P.C.
P.O. Box 99
200 East Fourth Street
Woodbine, Georgia 31569
Phone (912) 510-8400
countyattorney@co.camden.ga.us
*Admitted Pro Hac Vice*
*Attorneys for Plaintiff*

Consented to by:

| | |
|---|---|
| James A. Bishop<br>Georgia Bar No. 058600<br>THE BISHOP LAW FIRM<br>465 Sea Island Road<br>St. Simons Island, GA 31522<br>Telephone: (912) 264-2390<br>Facsimile: (912) 264-5859<br>jbishop@bishopfirm.com<br><br>-and- | */s/ W. Clay Massey (with express permission)*<br>W. Clay Massey<br>Georgia Bar No. 476133<br>Clay.massey@alston.com<br>*Admitted Pro Hac Vice*<br>Douglas S. Arnold<br>Georgia Bar No. 023208<br>Doug.arnold@alston.com<br>*Admitted Pro Hac Vice*<br>Shannon N. Vreeland<br>Georgia Bar No. 472552<br>Shannon.vreeland@alston.com<br>*Admitted Pro Hac Vice*<br><br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>Office: (404) 881-7000<br>Fax: (404) 881-7777<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have served the foregoing **SECOND JOINT MOTION TO STAY DISCOVERY** on all parties by electronically filing it with the Clerk of the Court using the Court's electronic filing system.

This 24th day of April 2023.

*/s/ Jeremy U. Littlefield*
Jeremy U. Littlefield