CAMDEN COUNTY, GEORGIA
BOARD OF COUNTY COMMISSIONERS
SPECIAL CALLED MEETING
JUNE 3, 2015, 3:00 PM

A Special Called Meeting of the Camden County Board of County Commissioners was held at 3:00 p.m. on Wednesday, June 3, 2015, in the Board of County Commissioners' Meeting Chambers of the Government Services Building, Woodbine, Georgia.

Chairman Starline called the meeting to order at 3:00 p.m.

Joint Development Director Charlie Smith, Jr. delivered the invocation.

Chairman Starline led the Pledge of Allegiance.

**Present:   Commissioner Willis R. Keene, Jr.; Commissioner Chuck Clark; Commissioner Jimmy Starline; Commissioner Gary Blount; Commissioner Tony Sheppard; County Administrator Steve Howard; County Attorney John Myers and County Clerk Kathryn Bishop.**

## Motion to Adopt the Agenda:

Commissioner Keene made a motion, seconded by Commissioner Sheppard to adopt the special called meeting agenda.

**The motion carried unanimously .**

## Public Comments

No comments from the public were offered during this time.

## Special Called  Agenda

1,       Consideration of Option Agreement regarding Real Estate.

Vice-Chairman Clark made a motion, seconded by Commissioner Blount to approve the Option Agreement between Union Carbide and Camden County, Georgia.

**The motion carried unanimously.**

2.       Consideration of Indemnification Agreement.

Vice-Chairman Clark made a motion, seconded by Commissioner Keene to approve the Indemnification Agreement between Union Carbide and Camden County, Georgia.

**The motion carried unanimously.**

## Additional Public Comments

Doug Vaught, 104 Plank Lane, St. Marys
Mr. Vaught addressed the Board and stated that often times we don't take the time to acknowledge the work that the Board and Staff put into to this project. He explained that he hopes in the future our Camden County graduates can return to the County to pursue work, and he commended the Board for a job well done.

## Ceremonial Signing of Document

At this time the Board officially signed both the Option Agreement and the Indemnification Agreement between Union Carbide and Camden County, Georgia.

## Adjournment

Commissioner Keene made a motion, seconded by Commissioner Blount to adjourn the June 3, 2015 Special Called Meeting. The meeting adjourned at 3:07 p.m.

BY: _____
JAMES H. STARLINE, CHAIRMAN
CAMDEN COUNTY BOARD OF COMMISSIONERS

ATTEST: _____
KATHRYN BISHOP, COUNTY CLERK