EXECUTION COPY

# FIRST AMENDMENT TO
# OPTION AGREEMENT

This **First Amendment** (the "**Amendment**"), dated as of July 27, 2017 amends that certain Option Agreement by and between **UNION CARBIDE CORPORATION**, a New York corporation (the "**Grantor**"), and **CAMDEN COUNTY**, a political subdivision of the State of Georgia, by and through the Camden Country Board of Commissioners (the "**Grantee**") dated as of July 13, 2015 (the "**Agreement**").

### WITNESSETH:

**WHEREAS**, the parties desire to amend the Agreement in order to allow for (a) an Extension Period of two years in lieu of one year, (b) a revision of the Extension Period Price, (c) a partial credit of the Option Price against the Purchase Price, and (d) a revision of the trigger date for obligations that will flow from the issuance of the draft Environmental Impact Statement (EIS), all as more specifically set forth herein, and otherwise to ratify and confirm the Agreement as so amended hereby.

**NOW, THEREFORE**, in consideration of the premises and the mutual promises exchanged, and for good and valuable consideration, the receipt and sufficiency which is hereby acknowledged, the parties hereby mutually covenant and agree as follows:

1. **CONFLICTS**

In the event of a conflict between the terms and conditions of this Amendment and the Agreement, the terms and conditions of this Amendment shall prevail.

2. **DEFINITIONS**

All capitalized terms used in this Amendment not otherwise defined herein shall have the same meaning as ascribed to them in the Agreement.

3. **EXTENSION PERIOD**

Agreement Section 2(A), "Option Period," is hereby amended by striking the words "… one additional year …" and in lieu thereof inserting the words "… two additional years … ." Seven Hundred Twenty Thousand Dollars and No Cents ($720,000.00) is hereby deleted in Agreement Sections 2(A) and 2(C)(ii) and Nine Hundred Sixty

1

EXECUTION COPY

Thousand Dollars and No Cents ($960,000.00) is substituted therefore as the Extension Period Price.

## 4.   CREDIT AGAINST PURCHASE PRICE

Agreement Subsection 2(D)(iii), "Refundability/Non-Refundability," is hereby amended by striking the word "… solely …" and in lieu thereof inserting the words "… a $660,000.00 portion of the Option Price plus the full $960,000 amount of the Extension Period Price … ."

## 5.   ISSUANCE OF DRAFT EIS

Agreement Subsections 5(iv)(a) and (b) each are amended to delete the phrase "No later than the earlier to occur of (1.) Grantee's having obtained FAA approval for the EIS for the Spaceport project, and (2.) six (6) calendar months prior to the expiration of the Option Period," and substitute therefor: "No later than the issuance of the draft Environmental Impact Statement by the FAA," in each instance before "Grantor shall . . ."; the remainder of Subparagraphs 5(iv)(a) and (b) shall be unchanged.

## 6.   NOTICES

Agreement Paragraph 8(B) is amended to substitute the following notice addresses for Grantor:

>            Mr. Andres Lobo
>            Union Carbide Corporation
>            1320 Waldo Avenue, Suite 300
>            Midland, MI  48642

> and cc:    Mr. Timothy A. King
>            Union Carbide Corporation
>            Post Office Box 8361
>            South Charleston, WV  25303

> and cc:    Peter Wright, Esq.
>            Union Carbide Corporation
>            Law Department – Environmental, Health & Safety
>            2030 Dow Center
>            Midland, MI  48474-2030

2

EXECUTION COPY

and cc:  Stephen J. Murray, Esq.
Of Counsel, Mahoney & Keane, LLP
14 Pilgrim Lane
Weston, CT  06883-2412

## 7. ENTIRE AGREEMENT

This Amendment contains the entire Agreement of the parties, and hereby supersedes all other Agreements, whether written or oral, with respect to the subject matter hereof.

## 8. CONTINUING AGREEMENT

The Agreement is hereby ratified and confirmed, and all terms, covenants and conditions of the Agreement, as modified herein, shall remain otherwise unchanged and in full force and effect in all respects.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by their respective representatives, thereunto duly authorized, as of the date and year first written above.

UNION CARBIDE CORPORATION,
a New York corporation, as "Grantor" hereunder

By: _____
Name: Andres Lobo
Title: Authorized Representative

CAMDEN COUNTY,
a political subdivision of the State of Georgia,
by and through the Camden County Board of
Commissioners, as "Grantee" hereunder

By: _____
Name: James H. Starline
Title:  Chairman

3

EXECUTION COPY

    and cc:    Stephen J. Murray, Esq.
                Of Counsel, Mahoney & Keane, LLP
                14 Pilgrim Lane
                Weston, CT 06883-2412

**7. ENTIRE AGREEMENT**

This Amendment contains the entire Agreement of the parties, and hereby supersedes all other Agreements, whether written or oral, with respect to the subject matter hereof.

**8. CONTINUING AGREEMENT**

The Agreement is hereby ratified and confirmed, and all terms, covenants and conditions of the Agreement, as modified herein, shall remain otherwise unchanged and in full force and effect in all respects.

      **IN WITNESS WHEREOF,** the parties hereto have caused this Agreement to be executed by their respective representatives, thereunto duly authorized, as of the date and year first written above.

                    **UNION CARBIDE CORPORATION,**
                    a New York corporation, as "Grantor" hereunder

                    By: _____
                    Name: Andres Lobo
                    Title: Authorized Representative

                    **CAMDEN COUNTY,**
                    a political subdivision of the State of Georgia,
                    by and through the Camden County Board of
                    Commissioners, as "Grantee" hereunder

                    By: *[signature]*
                    Name: James H. Starline
                    Title: Chairman

3

EXECUTION COPY

STATE OF MICHIGAN )
)
COUNTY OF MIDLAND)

Before me, a Notary Public in and for Midland County, personally appeared Andres Lobo, the Authorized Representative of Union Carbide Corporation, who acknowledged the execution of the foregoing Amendment to Option Agreement as "Grantor" thereunder.

Witness my hand and Notarial Seal this 26 day of July, 2017.

```
DEBRA L FIX
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MIDLAND
My Commission Expires Nov 25, 2017
Acting in the County of Midland
```

Debra L Fix
Notary Public
My commission expires: Nov 25, 2017

STATE OF GEORGIA )
)
COUNTY OF CAMDEN)

Before me, a Notary Public in and for Camden County, personally appeared_____, the _____ of Camden County, who acknowledged the execution of the foregoing Amendment to Option Agreement as "Grantee" thereunder.

Witness my hand and Notarial Seal this ____ day of _____, 2017.

_____
Notary Public
My commission expires: _____

4

#52312323_v5

EXECUTION COPY

STATE OF MICHIGAN  )
                   )
COUNTY OF MIDLAND)

Before me, a Notary Public in and for _____County, personally appeared _____, the Authorized Representative of Union Carbide Corporation, who acknowledged the execution of the foregoing Amendment to Option Agreement as "Grantor" thereunder.

Witness my hand and Notarial Seal this ____ day of _____, 2017.

                                                  _____
                                                       Notary Public
                                       My commission expires: _____

STATE OF GEORGIA  )
                  )
COUNTY OF CAMDEN)

Before me, a Notary Public in and for Camden County, personally appeared **James H. Starling**, the **Chairman** of Camden County, who acknowledged the execution of the foregoing Amendment to Option Agreement as "Grantee" thereunder.

Witness my hand and Notarial Seal this **27** day of **July**, 2017.

                                        *Kathryn Anne Bishop* (signature)
                                                       Notary Public
                                       My commission expires: **9/8/2019**

[Notary seal: KATHRYN ANNE BISHOP, Notary Public, Georgia, Camden County, My Commission Expires September 08, 2019]

4

#52312323_v5