

# Board of County Commissioners

P.O. Box 99/200 East 4th Street • Woodbine, Georgia 31569
Phone: (912) 576-5651 • Fax: (912) 576-5647 • www.camdencountyga.gov

## Office of the County Clerk

April 12, 2022

*"Sent via email attachment"*

RE: Certification of motion

To whom it may concern:

I, Kathryn A. Bishop, County Clerk, Camden County Board of County Commissioners, hereby certify the motion below, witnessed and recorded, in lawful assembly during the Board of County Commissioners Special Called Meeting held on April 12, 2022.

Commissioner Lannie Brant made a motion, seconded by Vice-Chairman Ben Casey to move to place Union Carbide Corporation on notice of County's intent to exercise its rights pursuant to the Option Contract as amended to date.

**So Voted:**
**Chairman Gary A. Blount - Yes**
**Vice-Chairman Ben L. Casey - Yes**
**Commissioner Chuck Clark - Yes**
**Commissioner Trevor Readdick - Yes**
**Commissioner Lannie E. Brant - Yes**

**The motion carried unanimously.**

Sincerely,

Kathryn A. Bishop, County Clerk

*"Award-Winning Government"*

STEVE L. HOWARD  JOHN S. MYERS
County Administrator  County Attorney

LANNIE E. BRANT  CHUCK CLARK  TREVOR READDICK  GARY A. BLOUNT  BEN L. CASEY
Commissioner, District 1  Commissioner, District 2  Commissioner, District 3  Commissioner, District 4  Commissioner, District 5



# Board of County Commissioners

P.O. Box 99/200 East 4th Street • Woodbine, Georgia 31569
Phone: 912-576-5601 • Fax: 912-576-5647 • www.camdencountyga.gov

---

April 12, 2022

Ms. Irene Treter
Union Carbide Corporation
1320 Waldo Avenue, Suite 300
Midland, MI 48642

Dear Ms. Treter:

This letter hereby serves as written notice that Camden County, acting through the Camden County Board of Commissioners, is hereby exercising its option pursuant to Section 2.E. of the July 13, 2015 Original Option Agreement ("**Original Option Agreement**"), as heretofore amended by the First Amendment, the Second Amendment, the Third Amendment, and the Fourth Amendment (individually, the "**First Amendment**", the "**Second Amendment**", the "**Third Amendment**", and the "**Fourth Amendment**", and collectively with the Original Option Agreement, the "**Agreement**").

We look forward to seeing UCC complete its outstanding tasks under the Agreement and to closing on the Property within 90 days or such other day as the parties mutually agree upon in writing.

Sincerely yours,

CAMDEN COUNTY,
a political subdivision of the State of Georgia,
by and through the Camden County
Board of Commissioners

By: *Gary A. Blount*
Gary Blount
Chairman


cc:   Commissioner Lannie Brant
      Commissioner Chuck Clark
      Commissioner Trevor Readdick
      Commissioner Ben Casey
      Steve L. Howard, County Administrator
      John Myer, Esq., County Attorney
      Amy L. Edwards, Esq., Holland & Knight LLP

*"Award-Winning Government"*

---

STEVE L. HOWARD
County Administrator

JOHN S. MYERS
County Attorney

LANNIE E. BRANT
Commissioner, District 1

CHUCK CLARK
Commissioner, District 2

TREVOR READDICK
Commissioner, District 3

GARY BLOUNT
Commissioner, District 4

BEN L. CASEY
Commissioner, District 5

Amy Lee, UCC
633 Washington Avenue
1803 Building
Midland, MI 48674

Joel Visser, UCC
Law Department – Environmental, Health & Safety
2030 Dow Center
Midland, MI 48474-2030

Douglas S. Arnold, Esq.
Alston & Bird LLP
1201 W. Peachtree Street
Atlanta, GA 30309-3424

*"Award-Winning Government"*

STEVE L. HOWARD
County Administrator

JOHN S. MYERS
County Attorney

LANNIE E. BRANT
Commissioner, District 1

CHUCK CLARK
Commissioner, District 2

TREVOR READDICK
Commissioner, District 3

GARY BLOUNT
Commissioner, District 4

BEN L. CASEY
Commissioner, District 5