# ALSTON & BIRD

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000 | Fax: 404-881-7777

Douglas S. Arnold         Direct Dial: **404-881-7637**         Email: **doug.arnold@alston.com**

May 16, 2022

Mr. Gary Blount
Chairman, Camden County Board of Commissioners
P.O. Box 99
200 East 4th Street
Woodbine, GA 31569
Email: District4@co.camden.ga.us
*Via* UPS Overnight Delivery and E-mail

Re:     Camden County's Repudiation of the Option Agreement dated July 13, 2015, as Amended (the "Option Agreement")

Dear Chairman Blount,

     I write on behalf of Union Carbide Corporation ("UCC") in response to your April 12, 2022, letter to Ms. Treter. Your letter asserted that Camden County sought to exercise its Option under Section 2.E of the Option Agreement. However, the County repudiated the Option Agreement by its residents' March 8, 2022, vote to repeal the County Board of Commissioners' resolutions authorizing the Option Agreement and the County's purchase of the Property. Therefore, there is no longer an Option for the County to exercise.

     Accordingly, UCC will not incur the significant costs associated with closing on the sale of the Property as requested by your letter because the County has rescinded the Option Agreement and presently has no authority to close on the purchase of the Property under the rescinded Option Agreement.

Sincerely,

Douglas S. Arnold

cc:    Steve L. Howard, *via* E-mail
        John S. Myers, Esq., *via* E-mail
        Amy L. Edwards, Esq., *via* E-mail
        Richard Robbins, Esq., *via* email

Alston & Bird LLP         www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

LEGAL02/41667745v1