IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CAMDEN COUNTY, a political subdivision of the State of Georgia, by and through the Camden County Board of Commissioners,<br><br>    Plaintiff,<br><br>v.<br><br>UNION CARBIDE CORPORATION,<br><br>    Defendant. | Civil Action No. 2:22-cv-00077-LGW-BWC |

## DEFENDANT'S NOTICE OF INTENT TO FILE REPLY BRIEF

Pursuant to Local Rule 7.6, Defendant Union Carbide Corporation hereby notifies the Court that it intends to file a reply brief in support of its Motion to Dismiss Plaintiff's First Amended Complaint [Dkt. 67].

[signature on following page]

Respectfully submitted this 15th day of May, 2023.

/s/ *Clay Massey*
W. Clay Massey
Georgia Bar No. 476133
Clay.massey@alston.com
*Admitted Pro Hac Vice*
Douglas S. Arnold
Georgia Bar No. 023208
Doug.arnold@alston.com
*Admitted Pro Hac Vice*
Shannon N. Vreeland
Georgia Bar No. 472552
Shannon.vreeland@alston.com
*Admitted Pro Hac Vice*

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Office: (404) 881-7000
Fax: (404) 881-7777

-and-

James A. Bishop
Georgia Bar No. 058600
*jbishop@bishopfirm.com*
THE BISHOP LAW FIRM
465 Sea Island Road
St. Simons Island, GA 31522
Telephone: (912) 264-2390
Facsimile: (912) 264-5859
jbishop@bishopfirm.com

*Counsel for Defendant Union Carbide Corporation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| CAMDEN COUNTY, a political subdivision of the State of Georgia, by and through the Camden County Board of Commissioners,<br><br>    Plaintiff,<br><br>v.<br><br>UNION CARBIDE CORPORATION,<br><br>    Defendant. | Civil Action No. 2:22-cv-00077-LGW-BWC |

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DEFENDANT'S NOTICE OF INTENT TO FILE REPLY BRIEF via the Court's CM/ECF filing system, which will automatically send electronic notice to all attorneys of record.

This 15th day of May, 2023.

                                                /s/ *Shannon Vreeland*
                                                Shannon Vreeland