AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CAMDEN COUNTY,

Plaintiff,

v.

UNION CARBIDE CORPORATION,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:22-cv-077

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered October 12, 2023, Defendant Union Carbide Corporation's motion to dismiss Plaintiff Camden County's first amended complaint is granted. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

October 16, 2023
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020