IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CAMDEN COUNTY, a political subdivision of the State of Georgia, by and through the Camden County Board of Commissioners,<br><br> *Plaintiff,*<br><br>v.<br><br>UNION CARBIDE CORP.,<br><br> *Defendant.* | Civil Action No.<br>2:22-CV-00077-LGW-BWC |

**NOTICE OF APPEAL**

Notice is hereby given that, pursuant to 28 U.S.C. § 1291, Plaintiff Camden County hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's October 12, 2023 Order on Defendant's Motion to Dismiss and subsequent judgment in Defendant's favor entered October 16, 2023. ECF Nos. 75–76.

Respectfully submitted this 9th day of November, 2023.

           */s/ Jeremy U. Littlefield*
           Richard L. Robbins 608030
           Jeremy U. Littlefield* 141539
           ROBBINS ALLOY BELINFANTE
            LITTLEFIELD LLC
           500 14th Street, N.W.
           Atlanta, Georgia 30318
           T: (678) 701-9381
           F: (404) 856-3255
           E: rrobbins@robbinsfirm.com
            jlittlefield@robbinsfirm.com

           *Counsel for Camden County*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.1, I hereby certify that I have this day filed the within and foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 9th day of November, 2023.

                                            */s/ Jeremy U. Littlefield*
                                            Jeremy U. Littlefield