# United States District Court
## Southern District of Georgia

| | | |
|---|---|---|
| JOHN E. TRIPLETT<br>CLERK OF COURT | OFFICE OF THE CLERK<br>P.O. Box 1636<br>BRUNSWICK, GEORGIA  31521 | TELEPHONE  (912)280-1330 |

David Smith, Clerk  
U.S. Court of Appeals  
56 Forsyth Street, NW  
Atlanta, GA  30303

D.C. Number  2:22-CV-77

U.S.C.A. Number

RE:  Camden County v. Union Carbide Corporation

---

Enclosed are documents regarding an appeal in this matter.

☒  Copy of Notice of Appeal, docket entries, order and judgment appealed from, enclosed

☒  First Notice of Appeal:  ☑ Yes   ☐ No  
Date of other _____

☐  Certified record on appeal consisting of:  
___ Volume (s) of pleadings;   ___ Volume (s) of transcripts;  
___ Volume (s) of exhibits/deposition;   ___ other: _____

☐  There was no hearing from which a transcript could be made

☐  Copy of CJA form appointing counsel

☐  The following materials were sealed in this court (order enclosed):

☒  The appellate docket fee has been paid:  ☑ Yes   ☐ No  
Date paid  11/09/2023

☐  Appellant has been _____ leave to appeal in forma pauperis (copy of order concerning IFP and/or CPC is enclosed)

☒  The Judge appealed from is  Judge Lisa G. Wood

☒  The Court Reporter is  Debra Gilbert

☐  This is an appeal of a bankruptcy order  
Bankruptcy Judge: _____

☐  This is a DEATH PENALTY appeal

☐  OTHER:

cc:

Sincerely,

JOHN E. TRIPLETT, CLERK OF COURT  
U.S. DISTRICT COURT

BY: _Tara H. Burton_ (signature)  
Deputy Clerk

DATE: 11/09/2023