# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13768

_____

CAMDEN COUNTY,
a political subdivision of the State of Georgia,
by and through the Camden County
Board of Commissioners,

                                                                                                        Plaintiff-Appellant,

*versus*

UNION CARBIDE CORPORATION,

                                                                                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 2:22-cv-00077-LGW-BWC

Case 2:22-cv-00077-LGW-BWC   Document 82   Filed 12/26/23   Page 2 of 2
USCA11 Case: 23-13768   Document: 19   Date Filed: 12/21/2023   Page: 2 of 2

2                          Order of the Court                     23-13768

_____

ORDER:

The motion for an extension of time to and including February 9, 2024 to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.


   s/ Elizabeth L. Branch
UNITED STATES CIRCUIT JUDGE